## Law Offices of Leo B. Dubler III
20000 Horizon Way, Suite 300
Mount Laurel, New Jersey 08054
(856) 235-7075
By: Leo B. Dubler III (Attorney ID: 030071993)
ATTORNEYS FOR DEFENDANT ANTHEM LOUNGE

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY TOTH GRAY, JESSA HINTON, RACHEL KOREN, AND JENNIFER ZHARINOVA,. <br> Plaintiff, <br><br> v. <br><br> ANTHEM LOUNGE, <br> Defendants. | CIVIL ACTION NO.: <br> 2:18-cv-177710-MCA-MAH <br><br> **NOTICE OF MOTION** <br><br> Motion Date: May 20, 2019 <br><br> Oral Argument Requested |

PLEASE TAKE NOTICE that on May 20, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendant Anthem Lounge will move before the United States District Court of New Jersey for entry of an order to dismiss claims against them pursuant to Fed. R. Civ. P. 12(b)(6). A proposed form of Order is attached. Oral argument is requested.

                                            **Law Offices of Leo B. Dubler, III, LLC**
                                            Attorney for Plaintiff Anthem Lounge

                                            */s/ Leo B. Dubler III*
                                            Leo B. Dubler III

Dated:  April 23, 2019