Law Offices of Leo B. Dubler III
20000 Horizon Way, Suite 300
Mount Laurel, New Jersey 08054
(856) 235-7075
By: Leo B. Dubler III (Attorney ID: 030071993)
ATTORNEYS FOR DEFENDANT ANTHEM LOUNGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIFFANY TOTH GRAY, JESSA HINTON, RACHEL KOREN, AND JENNIFER ZHARINOVA,.<br><br>Plaintiff,<br><br>v.<br><br>ANTHEM LOUNGE,<br><br>Defendants. | CIVIL ACTION NO.:<br>2:18-cv-177710-MCA-MAH<br><br>**ORDER GRANTING ANTHEM LOUNGE'S MOTION TO DISMISS** |

This matter having been brought before the Court upon notice of motion by Defendants for an Order dismissing Plaintiffs' Complaint, and the Court upon consideration of the moving papers, response and reply papers, and oral argument, if any, and for good cause shown:

IT IS on this _____ day of _____ hereby **ORDERED** that the Motion to Dismiss is **GRANTED**. The Plaintiffs' complaint against Defendant Anthem Lounge is hereby **DISMISSED WITH PREJUDICE**.

_____